——— Forwarded message ———
From: "Kumar Nagdev" <knagdev@eteaminc.com>
Date: Jul 31, 2013 11:51 AM
Subject: JOB OPPORTUNITY - FIELD TECHNICIAN - ALEXANDRIA, VA.
To: <veronicamkariuki@gmail.com>
Cc:

Greetings,

My name is Kumar and I am recruiter at eTeam Inc. eTeam Inc is a global contingency staffing firm servicing fortune 1000 clients globally.We have an excellent job opportunity with one of our client.

**Job Title: Field Technician**
**Location: Alexandria,VA**
**Duration: Long Term**

**Job Requirements:**



EXHIBIT

A

Great customer satisfaction and communication skills.

**A+ Certification- Required**

Experience with replacing hardware components in desktop computers in a professional environment. Hardware components include motherboard, processor, memory, etc.
Experience with replacing hardware components in laptop computers in a professional environment. Hardware components include motherboard, processor, LCD screens, etc. (Preferred but not required)
Typically will drive 200-500 Miles a week. Should be willing to drive 750 miles a week.
Work hours are Mon Fri 9:00 AM to 5:30 PM with a 30 minute lunch. No overtime and candidates must report only the hours they actually work.

**Duration: Long term**

If you are qualified, available, interested, planning to make a change, or know of a friend who might have the required qualifications and interest, please call me ASAP at  (732) 248-1900 Ext.525 even if we have spoken recently about a different position. If you do respond via e-mail please include a daytime phone number so I can reach you.

Also, please take a few minutes to answer some of the questions below as they will help me qualify your candidature

**Full Legal Name as in Driving License/ Passport:**
**Preferred email ID:**
**Day/ Evening phone numbers:**
**Current Location:**
**Work Authorization:**
**Earliest availability for Phone/ On-Site interview:**
**Hourly Rate:**
**Earliest possible start date:**
**Two Professional References:**

Also, be aware that our client conducts an extensive background checks on candidates who are extended offers of employment.

Sincerely yours,

Kumar Nagdev

eTeam Inc
knagdev@eteaminc.com
(732) 248-1900 Ext.525
1001 Durham Avenue Suite 201
South Plainfield, NJ, 07080
.........................
Note: Please allow me to reiterate that I chose to contact you either because your resume had been posted to one of the internet job sites to which we subscribe, or you had previously submitted your resume to eTeam Inc. I assumed that you are either looking for a new employment opportunity, or you are interested in investigating the current job market.

If you are not currently seeking employment, or if you would prefer I contact you at some later date, please indicate your date of availability so that I may honor your request. In any event, I respectfully recommend you continue to avail yourself to the employment options and job market information we provide with our e-mail notices.

Thanks again.Kumar

If you would like to unsubscribe, please click here.