# Veronica Kariuki

1027C Margate Ct Sterling Virginia 20164 703-593-1403 / 571-313-9353

· veronicamkariuki@gmail.com



## Executive Summary

*Experienced IT resource with leadership and practical experience in hardware, infrastructure, communications and software engineering. Independent self-starter with initiative and drive to achieve results quickly. Excellent communication, sales, service, and client management skills. Consistently rated high for quality customer service. Effective working independently or as a team member with colleagues and clients of diverse backgrounds and experiences. Currently seeking career advancement as a consultant to hardware infrastructure and software engineering projects as a consultant to the organization.*

- Business Sales Management
- Remote services and On-site repair technician skills and knowledge
- Geek Squad Supervisor- individualized hardware testing, analysis, and repair
- Lockheed Martin Software Engineer- software developer, website designing, tester
- Talk Tyme Networx- self-motivator, self-starter, successful business owner
- Basma Communications- strong sales leading capabilities, successful regional sales developer

## Technical Qualifications

**UNIX, HP UX, A+, IC3, C++, C, JAVA, HTML, Photoshop, Flash, Dreamweaver, Technical Service & Support for both Windows and Macintosh environments (WinXP, Vista, Win7, and Win 8 operating platforms and OSX platforms); Configure iOS and Android operating system devices; Microsoft Outlook email client; Parallels, VM Ware, and other virtual environments; Manual Virus Removal Skills, Hardware/Software Repair Skills, Data Migration Skills**

## Education

- **Morgan State University** *Bachelor of Science Computer Science, Computer Programming*

- **University of Maryland University College** *Master of Science IT Management/Business Management*

---

**Staples, Inc. (July 2012 - Present)**
**Staples is the leading international business supply and technology organization.**

**Assistant Manager.** **Responsible for driving business results by delighting and engaging a team to reach goals of the company and satisfying clients and customers while building a strong sales force via technical and wireless services and top-line sales. Responsible for technical repairs and service to clients both on-site and in-store locations.**
*Microsoft Certified Windows 8 Consultant (Staples).*
*Perform on-site technical repair services* **in client homes and offices as needed and required. Filter client service calls and deliver solutions to client issues via phone.**
*Install and replace computer hardware and software* **for PCs and Mac computer systems as required.**
*Perform data backups and data transfer services.* **Perform quality controlled inventory and analysis of hardware and software client units.**
*Develop solid customer technical solutions.*
*Create trouble tickets via OMS system* **to manage client service issues in a FIFO manner as well as to update, track, resolve and complete tickets effectively.**
*Develop and build customer retention.*



EXHIBIT

B



**Geek Squad/Best Buy Inc. Reston, Va.** (November 2008 - July)
*The Geek Squad is a subsidiary of the Best Buy Company that offers various computer-related services and accessories for residential and commercial clients. The Geek Squad provides services in-store, on-site, and over the internet via remote access.*

## Deputy of Counter Intelligence Agent. (Supervisor) Introduced and trained clients on utilization of various operating systems.
Performed individualized hardware testing, analysis and repair as well as determined root-cause issue. Duties also include Installing, updating, and troubleshooting applications and software packages. Motivate, manage, and promote the daily operations of a Geek Squad Precinct. Supervise and motivate a technical team. Responsible for networking and internet configurations, computer and hardware installations, computer repair and diagnostics, and remote services.

## Highlights:
Best Buy is an authorized Apple Corporate Reseller/Retailer. Developed a working knowledge of iOS and OSX operating systems. Install and repair OSX operating systems and hardware for Apple computer clients. Restore OSX and Windows operating systems to factory requirements. Update software packages and deploy operating systems as needed.
*Maintain, manage, and configure Android* operating systems, iOS operating systems, OSX operating systems and Windows operating systems for client use.
*Required to build* a successful department by structurally attaining daily, weekly, and monthly revenue goals/quotas.
*Manage the productivity* of 11 Technical Sales Agents via governed metrics used by company and client satisfaction metrics.
*Manage client issues* to develop a genuine level of satisfaction & rapport between client & company.
*Educate Technical Sales Agents* in service duties required to be productive while meeting expected turn-times.
*Delegate, coach and train* direct reports to perform Dept. of Defense drive wipes to effectively destroy data and remnants of client information;
*Coach and train* direct reports to perform memory and hard drive stress testing to determine the effectiveness of RAM modules and hard drives.
*Provide IT support services* such as assist clients with Microsoft Outlook errors and establishing email client.
*Assess and diagnose* client hardware and software issues with other software including QuickBooks and Quicken.
*Effectively train and coach* direct reports to accurately perform hard drive repairs on units with bad sectors.
*Coach and train* direct reports to accurately perform data transfers/backups to protect client information while not transferring infected files to new media.
*Recover and install* OS systems including Win 7 and Win 8, Vista, XP, OS X.
*Effectively perform* virus removals both manually and via several automated techniques.
*Conduct hardware repairs* to standards of A+ (CompTIA) standards to correct device issues including motherboard replacements and processor installations.
*Coach and train* direct reports to build complete, operable computer systems for client use.

### Employee Experience Committee Captain (December 2010-January 2012)
Motivate & encourage over 100 employees to have a dynamic employee engagement while working with Best Buy. Direct all employee functions including volunteering engagements for the location. Develop and execute affairs for the employee and act as a liaison between the employees and the leadership staff. Meet weekly with leadership staff to discuss new avenues to conquer with employees in addition to issuing employee concerns and desires while still maintaining a great experience in the workplace. Results-changed the employee view and moved the team 400 basis points to having a great work environment.



**Basma Communications. White Marsh, Md. <u>Retail Manager.</u>** (November 2006 - March 2007)
*Basma Communications is a regional communications company that provides voice, data, and internet telecommunications services to individual and business customers.*

**Verizon Wireless. Bowie, Md.  <u>Technical Representative</u>** (October 2004 - November 2006)
*Verizon Wireless operates one of the nation's most reliable and largest wireless voice and data network. Providing America's largest Mobile-to-Mobile calling family of more than 80 million subscribers, the company offers customers with a high level of satisfaction by offering a wide variety of quality products and services*

**Talk Tyme Networx. Baltimore, Md. <u>Business Owner/Manager</u>** (January 1999 - May 2001) *Entrepreneur Venture.*
*Owned and operated a retail wireless communications company.*

**Lockheed Martin.** Greenbelt, Maryland, **<u>Software Engineer</u>** (August 1996 - November 1997)
*Lockheed Martin Corporation is a global company that engages in the research, design, development, manufacturing, integration, and sustainment of advanced technology systems, products, and services in the US and abroad. The company's primary business segments are Aeronautics, Electronic Systems, Information Systems & Global Services, and Space Systems.*

## Awards and Certifications

- IC3 Certiport Computing Skills
- Mortgage/Loan Officer Certification
- Maryland EDGE Business Center Entrepreneurial Award of Achievement
- Society for the Advancement of Computer Science Award
- NASA High Performance Supercomputing SI Scholarship
- Gladys M. Finney Scholarship



**REFERENCES**

**Janet V. Hill,** President, Hill Family Advisors **202-546-0111** hillvjanet@aol.com

**Dr. Louise Johnson,** President, MULBA & Powermakers INC Baltimore MD **410-521-7001**

**Dana Long,** President, D. Long & Associates Bowie MD **866-567-9727**

**Rick Anderson,** District/General Manager, Best Buy Reston VA **310-594-7158** rick.anderson2@bestbuy.com

**Brandon Dunaway, Operations Manager, Best Buy Reston VA 703-785-2795**

**Haslyn Parris, Assistant Manager, Verizon Wireless Bowie Maryland 301-254-8417**