From: Kumar Nagdev <knagdev@eteaminc.com>
Date: Mon, Aug 5, 2013 at 12:22 PM
Subject: RE: Resume
To: V Kariuki <veronicamkariuki@gmail.com>

Hi Veronica,

Thanks for the email, But however we are looking for **Male** Candidate as this is an Field Job.

**Thanks & Regards,**

Kumar Nagdev

Technical Recruiter

eTeam Inc – "ACCELERATED HIRES"

Efficiency, Synergy, Expertise

**732-248-1900 X 525 (T)**

**908-757-0800 (F)**

knagdev@eteaminc.com

www.eteaminc.com

**From:** V Kariuki [mailto:veronicamkariuki@gmail.com]
**Sent:** Monday, August 05, 2013 12:18 PM
**To:** Kumar Nagdev
**Subject:** Resume

Sorry. Resume is attached now.

VKARIUKI



EXHIBIT C