# GENERAL ⚜ COUNSEL ᴾᶜ

## ATTORNEYS AT LAW

6849 OLD DOMINION DRIVE, SUITE 220, MCLEAN, VIRGINIA 22101
(MAIN) 703-556-0411 (FAX) 888-222-6807
WWW.GENERALCOUNSELLAW.COM

CONNIE NG
EMAIL: CNG@GCPC.COM

July 20, 2015

### SENT VIA COURIER

CIVIL CLERK'S OFFICE
ALBERT V. BRYAN U.S. COURTHOUSE
401 COURTHOUSE SQUARE
ALEXANDRIA, VA 22315

**Re: Veronica Kariuki v. ETeam, Inc.**

To Whom It May Concern:

Enclosed are the following for filing in the above-mentioned matter:

1. Civil Cover Sheet JS044
2. Summons in a Civil Action (Original + 1 copy)
3. Complaint (Original + 1 copy)
4. $400.00 filing fee

Please issue summons and return it in the enclosed return envelope. Please prepare a service package for the Defendant and return in the postage-paid envelope provided and we will serve the Defendant through a personal process server.

Please let me know if you have any questions.

Sincerely,

Connie Ng

Enclosures