IN THE
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| VERONICA KARIUKI )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ETEAM, INC. )<br>)<br>)<br>    Defendant. )<br>_____) | Civil Case No.: 1:15-cv-00934-TSE-JFA |

## **PLAINTIFF VERONICA KARIUKI'S CERTIFICATE REGARDING DISCOVERY**

I hereby certify that on October 26, 2015 Plaintiff Veronica Kariuki's Answers to Defendant eTeam, Inc.'s Interrogatories and Responses to Defendant eTeam, Inc.'s Requests for Production of Documents was served via U.S. mail, postage prepaid to the following:

CARL MALONEY P.C.
Tina M. Maiolo, Esquire
2000 L Street, NW
Suite 450
Washington, D.C. 20036

                                                Respectfully submitted,

                                                 /s/ J. Andrew Baxter
                                                J. Andrew Baxter (VSB #78275)
                                                Merritt J. Green (VSB #50995)
                                                Connie M. Ng (VSB #85910)
                                                General Counsel, P.C.
                                                6849 Old Dominion Drive, Suite 220
                                                McLean, Virginia 22101
                                                Tel: 703-556-0411
                                                Fax: 1-888-222-6807
                                                abaxter@gcpc.com
                                                mgreen@gcpc.com
                                                cng@gcpc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of October, 2015, I filed the foregoing Certificate Regarding Discovery with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to all registered users listed below:

CARL MALONEY P.C.
Tina M. Maiolo, Esquire
2000 L Street, NW
Suite 450
Washington, D.C. 20036

                                          Respectfully submitted,

                                            /s/ J. Andrew Baxter
                                          J. Andrew Baxter (VSB #78275)
                                          Merritt J. Green (VSB #50995)
                                          Connie M. Ng (VSB #85910)
                                          General Counsel, P.C.
                                          6849 Old Dominion Drive, Suite 220
                                          McLean, Virginia 22101
                                          Tel: 703-556-0411
                                          Fax: 1-888-222-6807
                                          abaxter@gcpc.com
                                          mgreen@gcpc.com