UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| VERONICA KARIUKI | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Case No.: 1:15-cv-00934-TSE-JFA |
| v. | ) | |
| | ) | |
| ETEAM, INC. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOSEPH MIGLIOZZI'S EXPERT WITNESS REPORT**

1. My name is Joseph Migliozzi. I am the President of M3 Technology Consultants, an information technology firm located in Centreville, Virginia.

2. I have been hired by Veronica Kariuki as an expert witness in the above-captioned litigation between Veronica Kariuki and eTeam, Inc. to opine whether the e-mail Veronica Kariuki received on August 5, 2013 was sent from the e-mail address knagdev@eteaminc.com and whether the metadata associated with the above mentioned e-mail accurately demonstrates the authenticity of the e-mail. A true and accurate copy of the August 5, 2013 e-mail is attached as Exhibit 1. A true and accurate copy of the e-mail with metadata is attached as Exhibit 2.

3. I will provide the opinion that the e-mail Veronica Kariuki received on August 5, 2013 and was in fact sent from the e-mail address knagdev@eteaminc.com to the e-mail address veronicamkariuki@gmail.com on August 5, 2013. I will also provide the opinion that the e-mail with the metadata accurately and correctly demonstrates that the August 5, 2013 e-mail was in fact sent on August 5, 2013 from the e-mail address knagdev@eteaminc.com to Veronica Kariuki's e-mail address at veronicamkariuki@gmail.com. The basis for my opinion and/or testimony is my extensive education and experience with information technology, and a review of the August 5, 2013 from knagdev@eteaminc.com and a review of the e-mail with the metadata attached.

4. My qualifications in information technology is: President of M3 Technology Consultants with over 18 years of experience in the field of Information Technology supporting small and midsize professional services companies throughout the Washington DC Metro Area. I have authored the following publications in the previous 10 years: M3TC White Paper on AEC Best Practices.

5. The following is a list of all other cases in which, during the previous four (4) years, I have testified as an expert at trial or by deposition: N/A.

6. My compensation as Veronica Kariuki's expert witness is: $200/hr.

Joseph P. Migliozzi
President
M3 Technology Consultants, Inc.

November 16th, 2015

---------- Forwarded message ----------
From: **Kumar Nagdev** <knagdev@eteaminc.com>
Date: Mon, Aug 5, 2013 at 12:22 PM
Subject: RE: Resume
To: V Kariuki <veronicamkariuki@gmail.com>

Hi Veronica,

Thanks for the email, But however we are looking for Male Candidate as this is an Field Job.

**Thanks & Regards,**

**Kumar Nagdev**

**Technical Recruiter**

**eTeam Inc - "ACCELERATED HIRES"**

Efficiency, Synergy, Expertise

732-248-1900 X 525 (T)

908-757-0800 (F)

knagdev@eteaminc.com

www.eteaminc.com

**From:** V Kariuki [mailto:veronicamkariuki@gmail.com]
**Sent:** Monday, August 05, 2013 12:18 PM
**To:** Kumar Nagdev
**Subject:** Resume

Sorry, Resume is attached now.

VKARIUKI

EXHIBIT 1

Delivered-To: veronicamkariuki@gmail.com Received: by 10.60.47.33 with SMTP id a1csp102468oen; Mon, 5 Aug 2013 09:24:23 -0700 (PDT) X-Received: by 10.49.25.102 with SMTP id b6mr27178140qeg.91.1375719863350; Mon, 05 Aug 2013 09:24:23 -0700 (PDT) Return-Path: <knagdev@eteaminc.com> Received: from mail.eteaminc.com (mail.eteaminc.com. [75.150.156.122]) by mx.google.com with ESMTP id h19si10426755qey.46.2013.08.05.09.24.23 for <multiple recipients>; Mon, 05 Aug 2013 09:24:23 -0700 (PDT) Received-SPF: pass (google.com: domain of knagdev@eteaminc.com designates 75.150.156.122 as permitted sender) client-ip=75.150.156.122; Authentication-Results: mx.google.com; spf=pass (google.com: domain of knagdev@eteaminc.com designates 75.150.156.122 as permitted sender) smtp.mail=knagdev@eteaminc.com Received: from MAIL.eteam.eteam ([fe80::508b:e84:1455:343b]) by MAIL.eteam.eteam ([fe80::508b:e84:1455:343b%11]) with mapi id 14.02.0247.003; Mon, 5 Aug 2013 12:22:18 -0400 From: Kumar Nagdev <knagdev@eteaminc.com> To: V Kariuki <veronicamkariuki@gmail.com> Subject: RE: Resume Thread-Topic: Resume Thread-Index: AQHOkfdDOR+Wn2PvL0qFcfRjmNR/ppmGy25w Date: Mon, 5 Aug 2013 16:22:18 +0000 Message-ID: <F50F940FE55A654185CAA4B8C135AB8129CCB728@MAIL.eteam.eteam> References: <CAPj51zFEyrVrOO-v9rkB4-KJTi8xP_EWHJHJOeS-9qAfx_vuPA@mail.gmail.com> In-Reply-To: <CAPj51zFEyrVrOO-v9rkB4-KJTi8xP_EWHJHJOeS-9qAfx_vuPA@mail.gmail.com> Accept-Language: en-US Content-Language: en-US X-MS-Has-Attach: X-MS-TNEF-Correlator: x-originating-ip: [202.131.117.58] Content-Type: multipart/alternative; boundary="_000_F50F940FE55A654185CAA4B8C135AB8129CCB728MAILeteameteam_" MIME-Version: 1.0 --_000_F50F940FE55A654185CAA4B8C135AB8129CCB728MAILeteameteam_ Content-Type: text/plain; charset="us-ascii" Content-Transfer-Encoding: quoted-printable Hi Veronica, Thanks for the email, But however we are looking for Male Candidate as this= is an Field Job. Thanks & Regards, Kumar Nagdev Technical Recruiter eTeam Inc - "ACCELERATED HIRES" Efficiency, Synergy, Expertise 732-248-1900 X 525 (T) 908-757-0800 (F) knagdev@eteaminc.com<mailto:knagdev@eteaminc.com> www.eteaminc.com<http://www.eteaminc.com> From: V Kariuki [mailto:veronicamkariuki@gmail.com] Sent: Monday, August 05, 2013 12:18 PM To: Kumar Nagdev Subject: Resume Sorry. Resume is attached now. VKARIUKI --_000_F50F940FE55A654185CAA4B8C135AB8129CCB728MAILeteameteam_ Content-Type: text/html; charset="us-ascii" Content-Transfer-Encoding: quoted-printable

<html xmlns:v=3D"urn:schemas-microsoft-com:vml"
xmlns:o=3D"urn:schemas-micr= osoft-com:office:office"
xmlns:w=3D"urn:schemas-microsoft-com:office:word" =
xmlns:x=3D"urn:schemas-microsoft-com:office:excel"
xmlns:p=3D"urn:schemas-m= icrosoft-com:office:powerpoint"
xmlns:a=3D"urn:schemas-microsoft-com:office= :access"
xmlns:dt=3D"uuid:C2F41010-65B3-11d1-A29F-00AA00C14882" xmlns:s=3D"=
uuid:BDC6E3F0-6DA3-11d1-A2A3-00AA00C14882" xmlns:rs=3D"urn:schemas-microsof= t-com:rowset" xmlns:z=3D"#RowsetSchema"
xmlns:b=3D"urn:schemas-microsoft-co= m:office:publisher"
xmlns:ss=3D"urn:schemas-microsoft-com:office:spreadshee= t"
xmlns:c=3D"urn:schemas-microsoft-com:office:component:spreadsheet"
xmlns= :odc=3D"urn:schemas-microsoft-com:office:odc"
xmlns:oa=3D"urn:schemas-micro= soft-com:office:activation"
xmlns:html=3D"http://www.w3.org/TR/REC-html40" =

xmlns:q=3D"http://schemas.xmlsoap.org/soap/envelope/"
xmlns:rtc=3D"http://m= icrosoft.com/officenet/conferencing"
xmlns:D=3D"DAV:" xmlns:Repl=3D"http://= schemas.microsoft.com/repl/"
xmlns:mt=3D"http://schemas.microsoft.com/share= point/soap/meetings/"
xmlns:x2=3D"http://schemas.microsoft.com/office/excel= /2003/xml"
xmlns:ppda=3D"http://www.passport.com/NameSpace.xsd" xmlns:ois=
=3D"http://schemas.microsoft.com/sharepoint/soap/ois/"
xmlns:dir=3D"http://= schemas.microsoft.com/sharepoint/soap/directory/"
xmlns:ds=3D"http://www.w3= .org/2000/09/xmldsig#"
xmlns:dsp=3D"http://schemas.microsoft.com/sharepoint= /dsp"
xmlns:udc=3D"http://schemas.microsoft.com/data/udc" xmlns:xsd=3D"http=
://www.w3.org/2001/XMLSchema"
xmlns:sub=3D"http://schemas.microsoft.com/sha=
repoint/soap/2002/1/alerts/"
xmlns:ec=3D"http://www.w3.org/2001/04/xmlenc#"=
xmlns:sp=3D"http://schemas.microsoft.com/sharepoint/"
xmlns:sps=3D"http://= schemas.microsoft.com/sharepoint/soap/"
xmlns:xsi=3D"http://www.w3.org/2001= /XMLSchema-instance"
xmlns:udcs=3D"http://schemas.microsoft.com/data/udc/so= ap"
xmlns:udcxf=3D"http://schemas.microsoft.com/data/udc/xmlfile"
xmlns:udc= p2p=3D"http://schemas.microsoft.com/data/udc/parttopart"
xmlns:wf=3D"http:/= /schemas.microsoft.com/sharepoint/soap/workflow/"
xmlns:dsss=3D"http://sche= mas.microsoft.com/office/2006/digsig-setup"
xmlns:dssi=3D"http://schemas.mi= crosoft.com/office/2006/digsig"
xmlns:mdssi=3D"http://schemas.openxmlformat=
s.org/package/2006/digital-signature"
xmlns:mver=3D"http://schemas.openxmlf= ormats.org/markup-
compatibility/2006" xmlns:m=3D"http://schemas.microsoft.c=
om/office/2004/12/omml"
xmlns:mrels=3D"http://schemas.openxmlformats.org/pa=
ckage/2006/relationships"
xmlns:spwp=3D"http://microsoft.com/sharepoint/web= partpages"
xmlns:ex12t=3D"http://schemas.microsoft.com/exchange/services/20=
06/types"
xmlns:ex12m=3D"http://schemas.microsoft.com/exchange/services/200=
6/messages"
xmlns:pptsl=3D"http://schemas.microsoft.com/sharepoint/soap/Sli=
deLibrary/"
xmlns:spsl=3D"http://microsoft.com/webservices/SharePointPortal=
Server/PublishedLinksService" xmlns:Z=3D"urn:schemas-microsoft-com:"
xmlns:= st=3D"" xmlns=3D"http://www.w3.org/TR/REC-html40"> <head>
<meta http-equiv=3D"Content-Type" content=3D"text/html; charset=3Dus-
ascii"= > <meta name=3D"Generator" content=3D"Microsoft Word 14
(filtered medium)"> <style><!-- /* Font Definitions */ @font-face
{font-family:Cambria; panose-1:2 4 5 3 5 4 6 3 2 4;} @font-face
{font-family:Calibri; panose-1:2 15 5 2 2 2 4 3 2 4;} @font-
face {font-family:Tahoma; panose-1:2 11 6 4 3 5 4 4 2 4;} /* Style
Definitions */ p.MsoNormal, li.MsoNormal, div.MsoNormal
{margin:0in; margin-bottom:.0001pt; font-size:12.0pt; font-fan
style-priority:99; color:purple; text-decoration:underline;} p
{mso-style-priority:99; mso-margin-top-alt:auto;
margin-right:0in; mso-margin-bottom-alt:auto; margin-
left:0in; font-size:12.0pt; font-family:"Times New
Roman","serif";} span.EmailStyle18 {mso-style-type:personal-reply; font-fan
margin:1.0in 1.0in 1.0in 1.0in;} div.WordSection1
{page:WordSection1;} --></style><!--[if gte mso 9]><xml>
<o:shapedefaults v:ext=3D"edit" spidmax=3D"1026" /> </xml><![endif]--

tabbies
EXHIBIT
2

```
><!--[if gte mso 9]><xml> <o:shapelayout v:ext=3D"edit"> <o:idmap
v:ext=3D"edit" data=3D"1" /> </o:shapelayout></xml><![endif]--> </head>
<body lang=3D"EN-US" link=3D"blue" vlink=3D"purple"> <div
class=3D"WordSection1"> <p class=3D"MsoNormal"><span style=3D"font-
size:11.0pt;font-family:&quot;Ca= libri&quot;,&quot;sans-
serif&quot;;color:#1F497D">Hi Veronica,<o:p></o:p></= span></p> <p
class=3D"MsoNormal"><span style=3D"font-size:11.0pt;font-
family:&quot;Ca= libri&quot;,&quot;sans-
serif&quot;;color:#1F497D"><o:p> </o:p></span><= /p> <p
class=3D"MsoNormal"><span style=3D"font-size:11.0pt;font-
family:&quot;Ca= libri&quot;,&quot;sans-
serif&quot;;color:#1F497D">Thanks for the email, But=  however we are
looking for </span><span style=3D"font-size:14.0pt;font-
family:&quot;Calibri&quot;,&quo= t;sans-
serif&quot;;color:#1F497D">Male</span><span style=3D"font-size:11.0p=
t;font-family:&quot;Calibri&quot;,&quot;sans-
serif&quot;;color:#1F497D"> Ca= ndidate as this is an Field
Job.<o:p></o:p></span></p> <p class=3D"MsoNormal"><span style=3D"font-
size:11.0pt;font-family:&quot;Ca= libri&quot;,&quot;sans-
serif&quot;;color:#1F497D"><o:p> </o:p></span><= /p> <p
class=3D"MsoNormal"><b><span style=3D"font-size:11.0pt;font-
family:&quot= ;Cambria&quot;,&quot;serif&quot;;color:#1F497D">Thanks
&amp; Regards,</span= ></b><b><span style=3D"font-size:11.0pt;font-
family:&quot;Cambria&quot;,&qu=
ot;serif&quot;;color:#1F497D"><o:p></o:p></span></b></p> <p
class=3D"MsoNormal"><b><span style=3D"font-size:11.0pt;font-
family:&quot=
;Cambria&quot;,&quot;serif&quot;;color:#1F497D"><o:p> </o:p></span
></b= ></p> <p class=3D"MsoNormal" style=3D"background:white"><b><span
style=3D"font-si= ze:11.0pt;font-
family:&quot;Cambria&quot;,&quot;serif&quot;;color:#1F497D">= Kumar
Nagdev<o:p></o:p></span></b></p> <p class=3D"MsoNormal"><b><span
style=3D"font-size:11.0pt;font-family:&quot=
;Cambria&quot;,&quot;serif&quot;;color:#1F497D">Technical
Recruiter</span><= /b><b><span style=3D"font-size:11.0pt;font-
family:&quot;Cambria&quot;,&quot=
;serif&quot;;color:red"><o:p></o:p></span></b></p> <p
class=3D"MsoNormal"><b><span style=3D"font-size:11.0pt;font-
family:&quot=
;Cambria&quot;,&quot;serif&quot;;color:red">e</span></b><b><span
style=3D"f= ont-size:11.0pt;font-
family:&quot;Cambria&quot;,&quot;serif&quot;;color:#17=
365D">Team</span></b><b><span style=3D"font-size:11.0pt;font-
family:&quot;C= ambria&quot;,&quot;serif&quot;;color:#1F497D">  Inc
&#8211; &#8220;ACCELERATED HIRES&#8221;<o:p></o:p></span></b></p> <p
class=3D"MsoNormal"><span style=3D"font-size:11.0pt;font-
family:&quot;Ca=
mbria&quot;,&quot;serif&quot;;color:#1F497D">Efficiency, Synergy,
Expertise= <o:p></o:p></span></p> <p class=3D"MsoNormal"
style=3D"background:white"><b><span style=3D"font-si= ze:11.0pt;font-
family:&quot;Cambria&quot;,&quot;serif&quot;;color:#1F497D">= 732-248-
1900 X 525 (T)</span></b><span style=3D"font-size:11.0pt;font-famil=
y:&quot;Cambria&quot;,&quot;serif&quot;;color:#1F497D"><o:p></o:p></spa
n></= p> <p class=3D"MsoNormal" style=3D"background:white"><b><span
style=3D"font-si= ze:11.0pt;font-
family:&quot;Cambria&quot;,&quot;serif&quot;;color:#1F497D">= 908-757-
0800 (F)</span></b><span style=3D"font-size:11.0pt;font-family:&quo=
```

```
t;Cambria&quot;,&quot;serif&quot;;color:#1F497D"><o:p></o:p></span></p>
<p class=3D"MsoNormal"><span style=3D"font-size:11.0pt;font-
family:&quot;Ca= mbria&quot;,&quot;serif&quot;;color:#1F497D"><a
href=3D"mailto:knagdev@etea= minc.com"><span
style=3D"color:blue">knagdev@eteaminc.com</span></a><o:p></=
o:p></span></p> <p class=3D"MsoNormal"><span style=3D"font-
size:11.0pt;font-family:&quot;Ca=
mbria&quot;,&quot;serif&quot;;color:#1F497D"><a
href=3D"http://www.eteaminc= .com"><span
style=3D"color:blue">www.eteaminc.com</span></a></span><span st=
yle=3D"font-size:11.0pt;font-family:&quot;Calibri&quot;,&quot;sans-
serif&qu= ot;;color:#1F497D"><o:p></o:p></span></p> <p
class=3D"MsoNormal"><span style=3D"font-size:11.0pt;font-
family:&quot;Ca= libri&quot;,&quot;sans-
serif&quot;;color:#1F497D"><o:p> </o:p></span><= /p> <p
class=3D"MsoNormal"><b><span style=3D"font-size:10.0pt;font-
family:&quot= ;Tahoma&quot;,&quot;sans-
serif&quot;">From:</span></b><span style=3D"font-s= ize:10.0pt;font-
family:&quot;Tahoma&quot;,&quot;sans-serif&quot;"> V Kariuk= i
[mailto:veronicamkariuki@gmail.com] <br> <b>Sent:</b> Monday, August
05, 2013 12:18 PM<br> <b>To:</b> Kumar Nagdev<br> <b>Subject:</b>
Resume<o:p></o:p></span></p> <p
class=3D"MsoNormal"><o:p> </o:p></p> <p>Sorry. Resume is attached
now.<o:p></o:p></p> <p>VKARIUKI<o:p></o:p></p> </div> </body> </html>
--_000_F50F940FE55A654185CAA4B8C135AB8129CCB728MAILeteameteam_--
```