IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

VERONICA KARIUKI, :
:
        Plaintiff, :
:
                                                                        Case No. 1:15-cv-00934-TSE-JFA
v. :
:
ETEAM, INC., :
:
        Defendant. :

### DEFENDANT ETEAM, INC.'S INITIAL DISCLOSURES

Defendant eTeam, Inc. ("eTeam"), by counsel, Carr Maloney P.C., hereby makes its initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1):

**I.  INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT MAY BE USED TO SUPPORT ETEAM'S DEFENSES**

**Veronica Kariuki**
1027 C Margate Court
Sterling, VA 20164

Information includes: events alleged in the Complaint; communications with eTeam; educational history; employment history; efforts to find employment since August 5, 2013; alleged damages; alleged emotional and mental injuries.

**Kumar Nagdev**
Address is currently unknown

Information includes: events alleged in the Complaint.

**Ben Thakur**
eTeam, Inc.
1001 Durham Avenue, Suite 201
South Plainfield, NJ 07080
732-248-1900 ext. 206

Information includes: eTeam's recruiting and hiring practices.

Defendant eTeam reserves the right to supplement this response as discovery progresses.

## II.  CATEGORIES AND LOCATION OF DOCUMENTS

Defendant eTeam has attached all documents described in the Rule as Exhibit 1. Defendant eTeam reserves the right to supplement this response as discovery progresses.

## III.  COMPUTATION OF DAMAGES

Defendant eTeam does not currently claim any damages in relation to this action. Defendant eTeam reserves the right to supplement this response as discovery progresses.

## IV.  INSURANCE

Defendant eTeam has attached all documents described in the Rule as Exhibit 2.

ETEAM, INC.
By counsel

CARR MALONEY P.C.

/s/ Tina M. Maiolo
Tina M. Maiolo, Esquire (VSB # 40512)
Carr Maloney P.C.
2000 L Street, NW
Suite 450
Washington, DC 20036
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)
tm@carrmaloney.com
*Counsel for Defendant eTeam, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing ***Defendant eTeam, Inc.'s Initial Disclosures*** was electronically filed this 2nd day of December, 2015 and served electronically upon:

>J. Andrew Baxter
>Merritt J. Green
>Connie M. Ng
>General Counsel, P.C.
>6849 Old Dominion Drive, Suite 220
>McLean, Virginia 22101

>/s/ Tina M. Maiolo
>Tina M. Maiolo