# EXHIBIT 1

# PINNACLE

Position: Customer Engineer 6 - Dell Driving... (15-0-203)

Quick Search

**Status**
CLOSED

Position Was Filled
: Open matches and/or applications found!

**General**
Customer Engineer 6 - Dell Driving Tech

**Contract**

**Rate**

**People**

**Description**
20 hours per week
150 miles

**The applicant uses are contractors not willing to travel to other areas not following documented several call handling procedures and lower completion rate**

- Great customer satisfaction and communication skills.
- A+ Certification N/A required
- Experience with replacing hard drive component in desktop or printers in a professional environment. Hardware components include printel, card, power, or memory, etc.
- Experience with replacing hard drive components in laptop, computers in a professional environment. Hardware components include sheet metal, presses or LT screen, etc. (Preferred but not required)
- Must be willing to drive up to 75 miles per week. Typically will drive under 150 miles a week.
- Dress code is business casual.
- Work hours are Mon - Fri 8 AM to 5 PM with 1 hour lunch. Must arrive and can address must reject cold, the box is the part with work.

* Find Relevant Candidates

Unisys Corporation

Pick-Up Location

4720 Eisenhower Ave
Alexandria VA 22314
United States of America

No contact info found...

Edidiong E. Uko

## CAREER OBJECTIVE

To obtain a position that will allow me to develop further and utilize my diverse skills and knowledge as a team player, which will help boost the image of your company.

## WORK EXPERIENCE:

**National Aeronautics and Space Administration/ Goddard Space Flight Center, Greenbelt, MD, 11/2010-present**
**Computer System Engineer/System Administrator**

- Planning and controlling the use of computing resources.
- Coordinating, maintaining, and upgrading hardware and software which include workstations, LAN, using software development tools and packages.
- Identify and solve technical issues during all phases.
- Develop technical reports and documentation.
- Diagnose and resolve network connectivity issues regarding IP address conflicts.
- Maintaining the security of computer systems, ensuring security controls are implemented throughout the system's life cycle.
- Developing, implementing, monitoring and ensuring compliance to IT security regulations.
- Periodic scans of systems for upgrades and troubleshooting of **Windows 7 and XP** platforms using **Dell's Kace tool**.
- Management and configuration of profiles within **NetIQ** and **AD**.

**U.S. Department of Agriculture Headquarters (Corporate Brokers, LLC), Washington, D.C., 10/2009- 10/2010**
**Sr. Helpdesk Support Technician**

- Imaging, update installation and patching of desktops and laptops.
- Installing, configuring and maintaining local area networks.
- Managing user accounts and issues within an **Active Directory** environment (**AD 2003**).
- Assisting users experiencing issues with Citrix connectivity issues.
- Coordination of new hardware project rollouts.
- Managing and maintaining hardware and software inventory.
- Using **DAMEWARE** to support users remotely.
- Managing **Windows server 2003/ 2008**, installing and updating security patches, managing users and accounts.

- Configuring, managing and maintaining software applications through **DESKTOP AUTHORITY**.
- Maintaining asset tracking and logs of hardware inventory.
- Use of **REMEDY** ticketing system to retrieve and input trouble issues.
- Repair and /or coordinate repair of hardware devices with vendors.
- Setup, diagnose and troubleshoot Blackberry issues through the **BES**.
- Coordinate troubleshooting techniques with fellow team members.
- Troubleshooting support calls relating to **Windows 7** and **XP** system problems.

**U.S. Environmental Protection Agency Headquarters (KForce Staffing, LLC), Washington, D.C., 02/2009-10/2009**
**Systems Support Technician**

- Troubleshooting user hardware and software issues.
- Troubleshooting **Lotus Notes** mail issues.
- Diagnosing and troubleshooting network and local printing cases.
- PC and laptop configurations and imaging such as Symantec Ghost imaging.
- Managing Domino Mail Servers.
- Managing users through **Active Directory 2003**.
- Server tape backups using **Veritas backupexec**.
- Performing upgrades and system updates to anti-virus patches, and mobile devices.
- Applying security patches and upgrades/updates to servers and client systems through System Center Configuration Manager (**SCCM**) **2007 SP1**.
- Configuration and support of blackberry phones for users through BES.
- Managing, configuring and updating software through **ZENWORKS** and **VMware** systems.

**Office of Unified Communications, Washington, D.C., 12/2008 - 06/2009**
**IT/Telephony Specialist**
- Troubleshoot and support **Sentinel** and **Avaya** applications.
- Tracking faulty hardware systems such as **CIM** cards and phones
- Retrieving 911 emergency calls from server for cases.
- Resolving issues through **HEAT** ticketing system.
- Ensuring that workstations are set up for 911/311 applications.
- Ensuring that all phones are functional and the applications.
- Configuring and resolving workstations through TCP/IP and protocol settings, hub and switch connections.
- Handling **Computer-Aided Dispatch (CAD)** and **Pictometry** applications.
- Training of employees on various areas of application procedures and methods.
- Updating antivirus and security patches.
- Backup and retrieval of stored calls on the servers.

**U.S. Coast Guard Headquarters (The Centech Group Inc.), Washington, D.C., 05/2006 -12/2008**
**Systems/ Helpdesk Analyst**

- Used and support the MS Office suite and Windows desktop operating systems
- Used and support Active Directory to create and manage user accounts.
- Installed, configured and maintained server hardware and software.
- Used **MS NOS** in an **Active Directory** environment.
- Immediate response to users having issues via e-mail, phone, walk in or **REMEDY** ticket.
- Assisted users with basic **3COM-based VOIP** phone issues.
- Managing **Windows server 2000/ 2003**, installing and configuring security patches through the System Management Server **(SMS) 2003**.
- Diagnosed and troubleshot hardware and software based issues
- Interacted with users at all levels to respond to requests for technical expertise
- Used remote assistance to troubleshoot user issues.
- Tested of the integrity of new applications and software before distribution.
- Checking of infected workstations that may compromise network security.
- Assisted users with **Citrix** and **VPN** connectivity issues.

**Medical Services, U.S. Department of State (Teksystems, Inc.), Washington, D.C., 04/2005-05/2006**
**Junior Systems Administrator**

- Diagnosing and troubleshooting laptops, desktops, printers and scanner issues.
- Managing and setting up user accounts using **Active Directory 2003**.
- Troubleshoot network connectivity issues.
- Applying appropriate permissions to files and folders on the server.
- Troubleshooting and maintaining **Windows XP Pro** and **2000 Pro** platforms.
- Keep track of server run rates to determine efficiency.
- Provide support for department-related software like for E-MED database.
- Standard troubleshooting of **MS Office Suite 2000, 2003 and XP**.
- Mediator between vendors and IT unit.
- Used **LANDesk** to rapidly respond user requests for help.
- Used **HEAT & Paragrin** ticketing applications as call tracking system.
- Daily checking and clearing of logs on the server such as application, security and system logs.
- Building and imaging of machines for users.
- PC configuration using **Sysprep, Symantec Ghost, Zenworks**.
- Assist users remotely using **Carbon Copy**.

- Train new users on basic network essentials and computing policies and procedures.
- Assisting users over the phone domestically and those on foreign assignments.
- Tape backup management using **Veritas**.

**Epstein, Becker & Green, PC ( Teksystems, Inc), Washington, D.C., 01/2005-04/2005**
**Desktop Support Specialist**
- Respond to customer requests for support via e-mail, telephone, walkups, call-tracking software.
- Provide support to Dell and IBM laptops and desktops by replacing faulty peripherals, such as hard drives, power supplies, memory sticks, keypads, monitors and BIOS batteries.
- Troubleshoot network connectivity issues.
- Track issues and trouble tickets using **HEAT5.5** until resolved.
- Resolve remote user issues such as VPN Dial-up and Citrix
- Basic troubleshooting of **Desksite DMS**.
- Setting up of audiovisual conferencing.
- Daily changing of backup tapes.
- Record maintenance of hardware in asset database.
- Participate in team projects that enhance the quality of service.
- Support of Windows XP Professional and Win2Kpro operating systems.
- Basic troubleshooting of **MS Office 2003** and XP as Outlook, Word and Powerpoint.
- Escalate problems to proper team/unit.
- Resolving issues within a timely, standardized manner.
- Creating user accounts and management through Console One.

**Troutman Sanders, LLP ( Teksystems, Inc), Mclean, VA , 08/2004 -12/2004**
**Desktop Support / User Services Specialist**
- Troubleshooting hardware and software issues.
- Upgrading firm-related software and hardware.
- Maintaining inventory of equipments -blackberries, laptops, desktops, projectors and pc peripherals.
- Remotely accessing user machines using **ALTIRIS**.
- Imaging / ghosting of new machines for the firm using **Symantec**.
- Administering daily server backups.
- Using Active Directory to manage user accounts.
- Troubleshooting HP and Epson Color printer issues such as changing rollers, replacing fusers and taking care of paper jams, cleaning toner areas and changing toners.
- Managing the Exchange 2000 server to create user profiles.

- Setting up of Video and teleconferences using Room Tracker.
- Serve as a contact point to vendors for the firm.
- Immediate response to ticket requests using **IQ tracker**.
- Managing documents using **iManage DMS**.
- Setting up workstations for new users.

**Hogan & Hartson, LLP. ( Teksystems, Inc), Tysons Corner, VA, 07/2004 – 08/2004**
**Desktop Support Specialist**
- Assisting users with immediate deskside needs.
- Resolving **Win2KPro** and other OS issues
- Diagnosing and troubleshooting hardware/ firm-software related issues.
- Providing support through e-mail, phone and walk-ins.
- Serving as a mediator between vendors and firm
- Providing valuable input as to the improvement of service and other issues.
- Providing support of blackberries, PDA's, laptops, desktops, and projectors.
- Setting up of audiovisual conferences with the use of projectors.
- Troubleshooting basic MS applications as Outlook, Word, Powerpoint.
- Prompt response to resolving issues using HEAT 5.5 ticketing system.
- Daily changing of backup tapes.
- Troubleshooting VPN dial-ups and Citrix issues.
- Maintaining regular inventory of firm equipments.
- Handling various printer issues such as paper jams, bad fusers, toner change, changing rollers.
- Managing user's accounts, group policies and logins within AD.
- Resolving connectivity issues.
- Setup for new employees.

**Steptoe & Johnson LLP, Washington, D.C., 04/2003 – 07/2004**
**Hardware / Software Support Analyst**
- Imaging and installing personal computers, printers and other computer peripherals.
- Assisted users to resolve computer – related problems such as inoperative hardware or software, including network connections.
- Assist with work projects such as converting to new hardware or software.
- Installed and tested new software packages and upgrade of Win2KPro OS .
- Made and tested network connections from Hub unit to computers ensuring each workstation was configured with accurate user information.
- Analysis and troubleshooting of common computer problems and learning new systems on the job.

- Made modular repairs and maintenance of computer equipment on a timely basis, thus minimizing user downtime.
- Assisted in maintaining inventory and tracking of computer equipment, supplies and accessories such as Dell, IBM, Toshiba, and HP printers, desktops and laptops .
- Made recommendations for improvements in computer system.
- Created user accounts and connected them to the network.
- Setting up of new systems for new employees.
- Used **VNC** to remotely render assistance to clients.

**The Pentagon / Navy Yard Annex ( Apex Systems, Inc),  Arlington, VA,  10/2002 – 02/2003**
**Deployment / User Support Specialist**
- Installation , upgrading and supporting Windows 2K Pro
- Diagnosis and troubleshooting of hardware and software issues
- Creating and managing new user profiles
- Imaging/ installation of new systems with applications to specification
- Troubleshooting of LAN connectivity issues
- Troubleshooting of MS applications such as Outlook , Outlook Express , Explorer
- Knowledge of DNS /DHCP/TCP

**Navy Aircraft Warfare Center ( Apex Systems, Inc), Patuxent River, MD,  05/2002 – 10/2002**
**Deployment / User Support specialist**
- System building and imaging of computers
- Orientation of clients to new software , usernames , and navigation techniques
- Troubleshooting of hardware and software like MS Outlook Express and network connections.
- Creating new user profiles and passwords within AD
- Upgrading and supporting systems such as Windows NT /95 & 98 to Windows 2k Pro and Windows 2000
- Migration and Support of applications such as *PST files , .PAB files, MS Exchange 2000
- Configuring and troubleshooting desktop settings
- Immediate deployment of Dell computers to clients on base

**Andrew's Airforce Base ( Apex Systems, Inc),  Camp Springs , MD,  06/2001 – 05/2002**

**Technical Support Specialist (P/T)**
- Installation of computers , hardware and software
- Diagnosing and troubleshooting of PC's in a Windows environment
- Accurate response to trouble calls and effectively providing solutions
- Diagnosis and troubleshooting of MS Office suite
- Migration , configuration and troubleshooting of desktop settings
- General hardware maintenance
- LAN support

**The Maniscalco Law Firm, Washington, D.C.,   11/99 – 05/2002**
**User Support / PC Technician**
- Diagnosing and troubleshooting of desktops such as Dell Optiplex GX1 , Compaq , IBM PC's
- General upgrade of systems to current OS either manually or using RIS
- Installation of hardware and software in PCs
- Diagnose and troubleshoot network connectivity issues
- Assist in creating and managing users in Windows NT environment
- Problem resolution of clients in certain applications like MS Word , Excel, PC Anywhere and PC Docs
- Preventive maintenance duties on PCs
- Litigation support using Dataflight's Concordance, Summation, Casemap, JFS litigator notebook and Westlaw

**Education & Training**
B.Sc., Potomac College , Washington , D.C.
    Major: Information Systems Management (Network Security track) (GPA 3.23)

Civil Law, University of Uyo, Akwa Ibom State, Nigeria (GPA 3.71)

B.Sc., Business Management, Akwa Ibom State Polytechnic, Akwa Ibom State, Nigeria (GPA 3.40)

Socrates Technologies Center , Largo MD. :- A+ , MCP certified ; MCSE candidate Help Desk Support , Desktop Support Specialist , Dell Certified Systems Expert (DCSE), PC repairs , Windows 95/98, Windows 2000 Professional, XP/ XP Professional, System migration and staging , Exchange 5.5, Laptop imaging, Working with HP laserjet 4030, 4000, 4250, 8000.8100, 2430, 2300, 4350; Color Laserjet 4650 and 5550 printers, by changing toners, fusers, rectifying paper jams and taking care of error messages that may appear, connect printers to networks, configuration of printers, working with fax machines, Hitachi DDP92 printers, Fujitsu M4020 scanners, Sony, Dell and IBM laptops.

Active Directory 2003 management, Applying permissions to folders on the server, monitoring run rate of servers, troubleshoot access to folders and files on server. Run backup daily on servers.

REFERENCES AVAILABLE UPON REQUEST

# Veronica Kariuki

1027C Margate Ct Sterling Virginia 20164 703-593-1403 / 571-313-9353

· veronicamkariuki@gmail.com



### Executive Summary

*Experienced IT resource with leadership and practical experience in hardware, infrastructure, communications and software engineering. Independent self-starter with initiative and drive to achieve results quickly. Excellent communication, sales, service, and client management skills. Consistently rated high for quality customer service. Effective working independently or as a team member with colleagues and clients of diverse backgrounds and experiences. Currently seeking career advancement as a consultant to hardware infrastructure and software engineering projects as a consultant to the organization.*

- Business Sales Management
- Remote services  and On-site repair technician skills and knowledge
- Geek Squad Supervisor- individualized hardware testing, analysis, and repair
- Lockheed Martin Software Engineer- software developer, website designing, tester
- Talk Tyme Networx- self-motivator, self-starter, successful business owner
- Basma Communications- strong sales leading capabilities, successful regional sales developer

### Technical Qualifications

UNIX, HP UX, A+, IC3, C++, C, JAVA, HTML, Photoshop, Flash, Dreamweaver, Technical Service & Support for both Windows and Macintosh environments (WinXP, Vista, Win7, and Win 8 operating platforms and OSX platforms); Configure iOS and Android operating system devices; Microsoft Outlook email client; Parallels, VM Ware, and other virtual environments; Manual Virus Removal Skills, Hardware/Software Repair Skills, Data Migration Skills

### Education

- **Morgan State University** *Bachelor of Science  Computer Science, Computer Programming*

- **University of Maryland University College** *Master of Science  IT Management/Business Management*

---

**Staples, Inc. (July 2012 - Present)**
Staples is the leading international business supply and technology organization.

**Assistant Manager:** **Responsible for driving business results by delighting and engaging a team to reach goals of the company and satisfying clients and customers while building a strong sales force via technical and wireless services and top-line sales.  Responsible for technical repairs and service to clients both on-site and in-store locations.**
*Microsoft Certified Windows 8 Consultant (Staples).*
*Perform on-site technical repair services* **in client homes and offices as needed and required. Filter client service calls and deliver solutions to client issues via phone.**
*Install and replace computer hardware and software* **for PCs and Mac computer systems as required.**
*Perform data backups and data transfer services.* **Perform quality controlled inventory and analysis of hardware and software client units.**
*Develop solid customer technical solutions.*
*Create trouble tickets via OMS system* **to manage client service issues in a FIFO manner as well as to update, track, resolve and complete tickets effectively.**
*Develop and build customer retention.*



**Geek Squad/Best Buy Inc.** Reston, Va. (November 2008 – July)
*The Geek Squad is a subsidiary of the Best Buy Company that offers various computer-related services and accessories for residential and commercial clients. The Geek Squad provides services in-store, on-site, and over the Internet via remote access.*

~~Senior of Counter Intelligence Agent~~. (Supervisor) **Introduced and trained clients on utilization of various operating systems.** Performed individualized hardware testing, analysis and repair as well as determined root-cause issue. Duties also include Installing, updating, and troubleshooting applications and software packages. Motivate, manage, and promote the daily operations of a Geek Squad Precinct. Supervise and motivate a technical team. Responsible for networking and internet configurations, computer and hardware installations, computer repair and diagnostics, and remote services.

**Highlights:**
Best Buy is an authorized Apple Corporate Reseller/Retailer. Developed a working knowledge of iOS and OSX operating systems. Install and repair OSX operating systems and hardware for Apple computer clients. Restore OSX and Windows operating systems to factory requirements. Update software packages and deploy operating systems as needed.
*Maintain, manage, and configure Android* operating systems, iOS operating systems, OSX operating systems and Windows operating systems for client use.
*Required to build* a successful department by structurally attaining daily, weekly, and monthly revenue goals/quotas.
*Manage the productivity* of 11 Technical Sales Agents via governed metrics used by company and client satisfaction metrics.
*Manage client issues* to develop a genuine level of satisfaction & rapport between client & company.
*Educate Technical Sales Agents* in service duties required to be productive while meeting expected turn-times.
*Delegate, coach and train* direct reports to perform Dept. of Defense drive wipes to effectively destroy data and remnants of client information;
*Coach and train* direct reports to perform memory and hard drive stress testing to determine the effectiveness of RAM modules and hard drives.
*Provide IT support services* such as assist clients with Microsoft Outlook errors and establishing email client.
*Assess and diagnose* client hardware and software issues with other software including QuickBooks and Quicken.
*Effectively train and coach* direct reports to accurately perform hard drive repairs on units with bad sectors.
*Coach and train* direct reports to accurately perform data transfers/backups to protect client information while not transferring infected files to new media.
*Recover and install* OS systems including Win 7 and Win 8, Vista, XP, OS X.
*Effectively perform* virus removals both manually and via several automated techniques.
*Conduct hardware repairs* to standards of A+ (CompTIA) standards to correct device issues including motherboard replacements and processor installations.
*Coach and train* direct reports to build complete, operable computer systems for client use.

**Employee Experience Committee Captain.** (December 2010-January 2012)
Motivate & encourage over 100 employees to have a dynamic employee engagement while working with Best Buy. Direct all employee functions including volunteering engagements for the location. Develop and execute affairs for the employee and act as a liaison between the employees and the leadership staff. Meet weekly with leadership staff to discuss new avenues to conquer with employees in addition to issuing employee concerns and desires while still maintaining a great experience in the workplace. Results-changed the employee view and moved the team 400 basis points to having a great work environment.



**Basma Communications. White Marsh, Md.** ~~Retail Manager~~ (November 2006 – March 2007)
*Basma Communications is a regional communications company that provides voice, data, and internet telecommunications services to individual and business customers.*

**Verizon Wireless. Bowie, Md.** __Technical Representative__ (October 2004 – November 2006)
*Verizon Wireless operates one of the nation's most reliable and largest wireless voice and data network. Providing America's largest Mobile-to-Mobile calling family of more than 80 million subscribers, the company offers customers with a high level of satisfaction by offering a wide variety of quality products and services*

**Talk Tyme Networx. Baltimore, Md.** __Business Owner/Manager__. (January 1999 – May 2001) *Entrepreneur Venture.*
*Owned and operated a retail wireless communications company.*

**Lockheed Martin. Greenbelt, Maryland,** __Software Engineer__ (August 1996 – November 1997)
*Lockheed Martin Corporation is a global company that engages in the research, design, development, manufacturing, integration, and sustainment of advanced technology systems, products, and services in the US and abroad. The company's primary business segments are Aeronautics, Electronic Systems, Information Systems & Global Services, and Space Systems.*

## Awards and Certifications

- IC3 Certiport Computing Skills
- Mortgage Loan Officer Certification
- Maryland EDGE Business Center Entrepreneurial Award of Achievement
- Society for the Advancement of Computer Science Award
- NASA High Performance Supercomputing SI Scholarship
- Gladys M. Finney Scholarship



## REFERENCES

Janet V. Hill, President, Hill Family Advisors **202-546-0111** hillvjanet@aol.com

Dr. Louise Johnson, President, MULBA & Powermakers INC Baltimore MD **416-521-7001**

Dana Long, President, D. Long & Associates Bowie MD **866-567-9727**

Rick Anderson, District/General Manager, Best Buy Reston VA **310-594-7158** rick.anderson2@bestbuy.com

Brandon Dunaway, Operations Manager, Best Buy Reston VA **703-785-2795**

Haslyn Parris, Assistant Manager, Verizon Wireless Bowie Maryland **301-254-8417**

Customer Engineer 6 - Dell Driving Tech
Location: Alexandria, VA
Duration: 6-12 months


40 hours per week
150 miles
Great customer satisfaction and communication skills.
A+ Certification- Now required
Experience with replacing hardware components in desktop computers in a professional
environment. Hardware components include motherboard, processor, memory, etc.
Experience with replacing hardware components in laptop computers in a professional
environment. Hardware components include motherboard, processor, LCD screens, etc.
(Preferred but not required)
Must be willing to drive up to 750 miles per week. Typically will drive under 500 miles a week.
Dress code is business casual.
Work hours are Mon Fri 9:00 AM to 5:30 PM with a 30 minute lunch.
MUST be a US Cit.
Duration: Long term



Consultant 2.doc

Submitted Resume:



Veronica Kariuki.docx

Veronica Kariuki:

Reason for disqualification:

- Over qualified
- Manager Title

Reason for sending **Edidiong E. Uko**

- More hands on


Result of the Submission – The candidate submitted was not selected by the client. We did not
fill the position.



---------- Forwarded message ----------
From: "Kumar Nagdev" <knagdev@eteaminc.com>
Date: Jul 31, 2013 11:51 AM
Subject: JOB OPPORTUNITY - FIELD TECHNICIAN - ALEXANDRIA, VA.
To: <veronicamkariuki@gmail.com>
Cc:

Greetings,

My name is Kumar and I am recruiter at eTeam Inc. eTeam Inc is a global contingency staffing firm servicing fortune 1000 clients globally. We have an excellent job opportunity with one of our client.

Job Title: ▓▓▓▓▓▓▓▓▓▓
Location: Alexandria, VA
Duration: ▓▓▓▓▓▓▓

Job Requirements:



EXHIBIT

A

Great customer satisfaction and communication skills.

**A+ Certification- Required**

Experience with replacing hardware components in desktop computers in a professional environment. Hardware components include motherboard, processor, memory, etc.
Experience with replacing hardware components in laptop computers in a professional environment. Hardware components include motherboard, processor, LCD screens, etc. (Preferred but not required)
Typically will drive 200-500 Miles a week. Should be willing to drive 750 miles a week.
Work hours are Mon Fri 9:00 AM to 5:30 PM with a 30 minute lunch. No overtime and candidates must report only the hours they actually work.

Duration: Longterm

If you are qualified, available, interested, planning to make a change, or know of a friend who might have the required qualifications and interest, please call me ASAP at (732) 248-1900 Ext.525 even if we have spoken recently about a different position. If you do respond via e-mail please include a daytime phone number so I can reach you.

Also, please take a few minutes to answer some of the questions below as they will help me qualify your candidature

Full Legal Name as in Driving License/ Passport:
Preferred email ID:
Day/ Evening phone numbers:
Current Location:
Work Authorization:
Earliest availability for Phone/ On-Site interview:
Hourly Rate:
Earliest possible start date:
Two Professional References:

Also, be aware that our client conducts an extensive background checks on candidates who are extended offers of employment.

Sincerely yours.

Kumar Nagdev

eTeam Inc
knagdev@eteaminc.com
(732) 248-1900 Ext.525
1001 Durham Avenue Suite 201
South Plainfield, NJ, 07080
..........................
Note: Please allow me to reiterate that I chose to contact you either because your resume had been posted to one of the internet job sites to which we subscribe, or you had previously submitted your resume to eTeam Inc. I assumed that you are either looking for a new employment opportunity, or you are interested in investigating the current job market.

If you are not currently seeking employment, or if you would prefer I contact you at some later date, please indicate your date of availability so that I may honor your request. In any event, I respectfully recommend you continue to avail yourself to the employment options and job market information we provide with our e-mail notices.

Thanks again.Kumar

If you would like to unsubscribe, please click here.

From: **Kumar Nagdev** <knagdev@eteaminc.com>
Date: Mon, Aug 5, 2013 at 12:22 PM
Subject: RE: Resume
To: V Kariuki <veronicamkariuki@email.com>

Hi Veronica,

Thanks for the email, But however we are looking for Male Candidate as this is an Field Job.

Thanks & Regards,

Kumar Nagdev

Technical Recruiter

eTeam Inc ~ "ACCELERATED HIRES"

Efficiency, Synergy, Expertise

732-248-1900 X 525 (T)

908-757-0800 (F)

knagdev@eteaminc.com

www.eteaminc.com

From: V Kariuki [mailto:veronicamkariuki@gmail.com]
Sent: Monday, August 05, 2013 12:18 PM
To: Kumar Nagdev
Subject: Resume

Sorry. Resume is attached now.

VKARIUKI


EXHIBIT
3

eTeam



Home     Services     Careers     Clients     About Us     Contact Us     News

## Cost Reduction

Increase ROI and reduce the total cost of ownership of solutions, projects and human capital.

## Why choose eTeam?

Why eTeam





eTeam

Home Services Careers Clients About Us Contact Us News

## Contact Us

[illegible] the U.S., Canada and India eTeam is ready to provide [illegible] staffing [illegible] solutions and [illegible] solutions [illegible] you need it most. [illegible] to find out how we can serve you

(Corporate Headquarters)
[illegible] Avenue, Suite [illegible]
South P[illegible] NJ [illegible]
1-877-[illegible] (T)
(732) [illegible] (T)

[illegible]
Charlestown, MA [illegible]

[illegible]
San Bruno, CA [illegible]

[illegible] W. [illegible] Avenue
Suite 7[illegible]
Chicago, IL [illegible]

777 S. [illegible] Lane
One Riverway
Houston, TX [illegible]

[illegible] Corporate Ridge
Suite # [illegible]
McLean, VA [illegible]102

[illegible] Centre [illegible]
Mississauga, ON L5[illegible] 1M[illegible]
001-1[illegible] (T)

[illegible] Main Street, [illegible]
[illegible], BC V4T [illegible]
Canada

[illegible] Sector [illegible]
[illegible]
Marope, N[illegible] Mumbai - 40[illegible]

A-4[illegible]
Logix Park, [illegible]
Noida - [illegible]

[illegible]
Near [illegible] C.G. Road
Ahmedabad - 380006

Global Offices

UNITED STATES

CANADA

INDIA

Awards

2012 BEST Staffing Firms to Work For

Finest

ABOUT US

GLOBAL OFFICES

eTeam | LinkedIn                                                                    Page 1 of 1

**Linked** in

**Join LinkedIn and see how you are connected to eTeam. It's free.**
Get access throughout information about your network or thousands of companies.

Join LinkedIn   Already a member?

## eTeam

**Overview**



eTeam was formed in 1999 with the goal of becoming the supplier of choice for clients, employees and contingent workers. Today, we're one of the fastest-growing companies in New Jersey and ranked as one of the best companies to work for by Staffing Industry Analysts and New Jersey Business. We're also an honored member of Deloitte's Technology Fast 50.

eTeam provides high-end staffing, SOW and pay rolling services to structured contingent workforce programs and projects across the U.S. Canada and India. We also offer contract-to-hire and direct placement. Our "In-house, Service-Only" approach has resulted in Accelerated Hires, lower costs, reduced risk, and better service for Fortune 2000 Companies, Large System Integrators and Government Agencies.

eTeam Fact Sheet
· Incorporated in 1999 as a Minority Business Enterprise
· Industry Created provider to classified projects for Government Agencies and system integrators
· Drive Recruiting Market Differentiators
· Complete in-house, premier staffing, enterprise onboarding, offboarding, billing, payrolling and performance
· Provide a provider in comparison to using MSP/VMS
· Provide for customized, strategic staffing and SOW solutions for enterprise-level projects

Our Mission: To be among the 10 of suppliers for structured contingent workforce and SOW programs
Our Motto: Integrity, synergy, expertise
Our Promise: In-Service Manager Only
Our Mission: Inclusive companies

Specialties
Global Contingent Workforce Management, Strategic Project Staffing and Technology

**Type**
Privately Held

**Company Size**
501-1000 employees

**Website**
http://www.eteaminc.com

**Industry**
Information Technology and Services

**Founded**
1999

**Headquarters**
1099 Durham Avenue, Suite 201
South Plainfield, New Jersey 07080
UNITED STATES











## About Us

### Why Choose eTeam?





Strategic Project Staffing and SOW Services | Services | eTeam



GLOBAL OFFICES



## Careers

*Do you want to join an exciting, growing company with opportunities for advancement? Have a rewarding career when you work with eTeam to provide world-class services and solutions to our clients.*

Our eTeam values – **Simplicity, Creativity, Integrity, Independence, Respect, and Openness** – are a fundamental part of our culture and a key to our continuing success.

### Career Opportunities

### What We Offer

- Competitive salaries
- Employee benefits
- Reward and rewards program
- Input in strategic decisions
- Formal induction program
- Working as part of a team
- Career planning
- Training and development experiences
- Enjoyable work environment

### More on this Section



To learn more about this topic, please visit our News section.

### Employee Testimonials

Continue to hear what eTeam's employees have to say in their own words.

*... Security Analyst*

"Three months of graduating from college
... joining eTeam is a very specific training
... mentoring program. I was working as a
Team Lead at a Fortune 500 company. eTeam
is where I belong!"

*... Application ... Consultant*

"eTeam has continuously provided my ERP
... expertise to their Fortune 100
... its and successfully helped their clients on
strategic engagements. The engagements have
been successful due to eTeam deploying the
right experts for its clients. I would enjoy working
on future projects with eTeam."

*... Lead and Analyst - Fortune
... Client*

















Tweets

Follow eTeam, Inc.

20          26          21                                                    Follow

Tweets

eTeam, Inc. (eTeamInc) on Twitter

eTeam named as Best Staffing Firm to Work For by Staffing Industry
Analysts (

**eTeam, Inc.**
eTeam, Inc. named as Best Staffing Firm to Work For by
Staffing Industry Analysts

**eTeam, Inc.**
Thanks to everyone who visited our booth at — visit
www.eteaminc.com to see how we can help you manage your SOW-
based projects!

**eTeam, Inc.**
Manage global risk and compliance - stop by Booth 314 to
find out how! (And enter to win an iPad 2 16GB)

**eTeam, Inc.**
Run your global workforce - not yourself ragged. See how
eTeam can help at Booth 314!

**eTeam, Inc.** Good morning! Stop by Booth 314, learn how
eTeam can reduce risk and increase compliance, and enter to win an
iPad!

**eTeam, Inc.**
Didn't enter to win an iPad today? Stop by Booth 314
tomorrow!

**eTeam, Inc.**
Learn more about eTeam's global workforce & SOW based
solutions at Booth 314!

**eTeam, Inc.**
Meet eTeam's principals and get your questions answered
over cocktails! RSVP to                    for an eTeam-
sponsored H

**eTeam, Inc.**
eTeam is on Facebook! http://ht.ly/6vDU2

**eTeam, Inc.**
Going to CWS2011? Join eTeam for appetizers, drinks and
an informal meet and greet with its principals. http://ht.ly/6vCGw





Full Client Roster | Clients | eTeam



## Full Client Roster

### Fortune Accounts Clients

- Dow Chemical Co.
- The Dexter Company
- Fidelity Investments
- Finolex
- Hutchison Glendale Ltd
- Kisco Bank
- Logan Tax Association
- Intertronics
- ITC
- Bank of America
- Winthrop Inc.

### Pharmaceutical Clients

- Astrazeneca
- J&J Healthcare
- Anheuser Hygienic Products
- Bayer Healthcare Pharmaceuticals
- Bristol Myers Squibb
- Cardinal Health Pharmaceuticals
- Daiichi Sankyo Pharma
- DEL Laboratories
- EMD Serono
- Hanger Orthopedic Group
- Johnson & Johnson
- Novo Nordisk
- Teva Pharma
- Owen Pharma
- Sandoz Pharma

### Top IT Consultant Clients

- Accenture
- Blizzard Vision
- CanDo.com
- CDI
- Computer Science Corporation
- Deloitte Consulting
- HP
- IBM
- Infosys
- Lockheed Martin Information Systems & Global Solutions
- Northrop Grumman IT
- Oracle
- Sapient
- Unisys
- Wipro

### Client Council

- American Management Association
- Accenture LLP
- Blue Cross Blue Shield
- Bureau Gravis
- Beyo Systems
- etrade&.com Inc
- Cleveland Sports
- Comcast
- CompUSA
- Comdata
- Consolidated Edison
- Corporate Express
- Debevoise Plimpton LLP
- Expedia Inc
- Hughes Communication
- Progressive Inc
- Legal.com
- Equation.com

### Industry Clients

- Banking
- Financial Services
- Insurance
- Pharmaceuticals
- Biotechnology
- Life Sciences
- System Integrators
- Telecom Clients
- Hi-Tech
- IT Consulting Organizations
- Public Sector
- Media
- Retail







American Foundation for Disabled Children

American Diabetes Association

Clients | eTeam



Home    Services    Careers    Clients    About Us    Contact Us    News

## Clients

With eTeam on your team, you have a partner who has the commitment to your success and the expertise to make it happen. By drawing on eTeam, our clients have been able to meet their transformation goals and deliver SOX-based and sustainable budgets. We are dedicated to work with the customer for their IT & outsourcing solution staff and need the delivery of multiple engagements for our industry-specific clients. Our industry targets have put more than twenty years of experience in the IT department to our customers' advice across multiple verticals.

We provide our clients with SOX-based solutions to deliver on SAP, other management, quality assurance and advisory services. We execute the statement of work, assume risks, and ensure that the work is done on time and on budget.

This is our access to our service management at eTeam experts, experts across the U.S., India, Canada, and the around our region. Our service enables a more effective, cost-effective approach and superior service that meets the requirements of our customers with the best talent available.

To contact us and find out more about how to put eTeam on your team.

### We provide our clients with:

Cost Reduction
Global Risk and Compliance Management
Industry-Specific Expertise
Commercial and Private Sector Exploration
Corporate Diversity

### More on this Section



To learn more about this topic, please visit our News section.

### Client Testimonials:

"eTeam is an IT Partner and Implementer for our Oracle ERP implementation. eTeam has demonstrated not only technical skills but also the industry knowledge which significantly helps them to add value to our business."

*Director of Software Development, Chicago IL*

"We were very satisfied with the eTeam engagement. eTeam was able to deliver experienced consultants with Vignette and Sun Server experience which was hard to find at the time. eTeam delivered and results. We would definitely consider a future engagement with eTeam if the need arises."

*Director of Software Development, ... N1 Output*

"eTeam has been incorporating itself in the various process of our projects, which gives them an edge over when dealing with our organization. This has truly benefited the efforts and staff."

... and had worked with us consultants in research critical projects."

*CIO National Medical, Healthcare*

"eTeam has consistently met key performance metrics set by our organization in providing value based consulting services."

*Director of Sourcing, Computer Sciences Corporation*

"eTeam has helped me in my projects in the areas of data warehousing and business intelligence for HSBC one (an HSBC Bank company based in NY-USA). One of my projects required expertise in Cognos tool set to implement a project which was to carry a web based business intelligence product to support a worldwide solution of Internet Banking and to train the global users of the system. We were looking to put a quick ramp up to the support of the system and to collect the benefits at this stage even based on the handling of the information provided by the system. eTeam has strong expertise in the areas of data warehousing and business intelligence. They have provided me with excellent life on Cognos. One of our initiatives also required training quick business. And successfully users of team maintained the training programs and documentation and delivered a training program for more than 15 users from various countries. This resulted in training a diverse audience on a budget, which was very cost effective. I would recommend eTeam to any financial services company who is looking for a niche vendor in data warehousing and business intelligence project."

*Senior Integration Developer, HSBC Bank*

"Doral Health Plan has always undertaken major initiatives to drive revenue and improve efficiency. We have used eTeam in niche data management and data warehousing initiatives. eTeam has been an agile partner who has always delivered by providing sound comprehensive hidden business and technology value."

*Senior Officer, Director of Technical Services, Doral Health Plan*

Hear our clients describe in their own words how having eTeam on their team has contributed to the success of their companies by

Clients
Awards

      



## CATEGORIES

## ARCHIVES

## WORK AT ETEAM