# EXHIBIT 2



**PHILADELPHIA INSURANCE COMPANIES**
A Member of the Tokio Marine Group

One Bala Plaza, Suite 100
Bala Cynwyd, Pennsylvania 19004
610.617.7900 Fax 610.617.7940
PHLY.com

## Private Company Protection Plus

DIRECTORS AND OFFICERS & PRIVATE COMPANY LIABILITY
EMPLOYMENT PRACTICES LIABILITY INSURANCE
FIDUCIARY LIABILITY INSURANCE

### Philadelphia Indemnity Insurance Company

Policy Number: PHSD860366

DECLARATIONS

**NOTICE: EXCEPT TO SUCH EXTENT AS MAY OTHERWISE BE PROVIDED HEREIN, THIS POLICY IS WRITTEN ON A CLAIMS MADE BASIS AND COVERS ONLY THOSE CLAIMS FIRST MADE DURING THE POLICY PERIOD AND R REPORTED IN WRITING TO THE INSURER PURSUANT TO THE TERMS HEREIN. THE AMOUNTS INCURRED FO DEFENSE COST SHALL BE APPLIED AGAINST THE RETENTION.**

Item 1. Private Company Name and Address:
The E Team Inc
1001 Durham Ave
South Plainfield, NJ 07080-2300

Internet Address: www.

Item 2. Policy Period: From: 07/01/2013   To: 07/01/2014
(12:01 A.M. local time at the address shown in Item 1.)

Item 3. Limits of Liability:
(A) Part 1, D&O Liability:         $              each Policy Period.
(B) Part 2, Employment Practices:  $  1,000,000  each Policy Period.
(C) Part 3, Fiduciary Liability:   $              each Policy Period.
(D) Aggregate, All Parts:          $  1,000,000  each Policy Period.

Item 4. Retention:
(A) Part 1, D&O Liability:   $          for each Claim under Insuring Agreement B & C.
    Private Offering:        $          for each Claim under Insuring Agreement B & C.
(B) Part 2, Employment Practices:  $  50,000  for each Claim.
(C) Part 3, Fiduciary Liability:   $          for each Claim.

Item 5. Prior and Pending Date: Part 1 No Date Applies   Part 2   07/01/2013   Part 3 No Date Applies

Item 6. Premium:   Part 1            Part 2 $ [redacted]   Part 3
                                           Total Premium:  $ [redacted]

Item 7. Endorsements: See Form List Attached

PAGE 1 OF 2

PI-PRD-1 (09/02)

In witness whereof, the Insurer issuing this Policy has caused this Policy to be signed by its authorized officers, but it shall not be valid unless also signed by the duly authorized representative of the Insurer.

_____      _____     _____

Authorized Representative                Countersignature                     Countersignature Date