```
><!--[if gte mso 9]><xml> <o:shapelayout v:ext=3D"edit"> <o:idmap
v:ext=3D"edit" data=3D"1" /> </o:shapelayout></xml><![endif]--> </head>
<body lang=3D"EN-US" link=3D"blue" vlink=3D"purple"> <div
class=3D"WordSection1"> <p class=3D"MsoNormal"><span style=3D"font-
size:11.0pt;font-family:&quot;Ca= libri&quot;,&quot;sans-
serif&quot;;color:#1F497D">Hi Veronica,<o:p></o:p></= span></p> <p
class=3D"MsoNormal"><span style=3D"font-size:11.0pt;font-
family:&quot;Ca= libri&quot;,&quot;sans-
serif&quot;;color:#1F497D"><o:p> </o:p></span><= /p> <p
class=3D"MsoNormal"><span style=3D"font-size:11.0pt;font-
family:&quot;Ca= libri&quot;,&quot;sans-
serif&quot;;color:#1F497D">Thanks for the email, But=  however we are
looking for </span><span style=3D"font-size:14.0pt;font-
family:&quot;Calibri&quot;,&quo= t;sans-
serif&quot;;color:#1F497D">Male</span><span style=3D"font-size:11.0p=
t;font-family:&quot;Calibri&quot;,&quot;sans-
serif&quot;;color:#1F497D"> Ca= ndidate as this is an Field
Job.<o:p></o:p></span></p> <p class=3D"MsoNormal"><span style=3D"font-
size:11.0pt;font-family:&quot;Ca= libri&quot;,&quot;sans-
serif&quot;;color:#1F497D"><o:p> </o:p></span><= /p> <p
class=3D"MsoNormal"><b><span style=3D"font-size:11.0pt;font-
family:&quot= ;Cambria&quot;,&quot;serif&quot;;color:#1F497D">Thanks
&amp; Regards,</span= ></b><b><span style=3D"font-size:11.0pt;font-
family:&quot;Cambria&quot;,&qu=
ot;serif&quot;;color:#1F497D"><o:p></o:p></span></b></p> <p
class=3D"MsoNormal"><b><span style=3D"font-size:11.0pt;font-
family:&quot=
;Cambria&quot;,&quot;serif&quot;;color:#1F497D"><o:p> </o:p></span
></b= ></p> <p class=3D"MsoNormal" style=3D"background:white"><b><span
style=3D"font-si= ze:11.0pt;font-
family:&quot;Cambria&quot;,&quot;serif&quot;;color:#1F497D">= Kumar
Nagdev<o:p></o:p></span></b></p> <p class=3D"MsoNormal"><b><span
style=3D"font-size:11.0pt;font-family:&quot=
;Cambria&quot;,&quot;serif&quot;;color:#1F497D">Technical
Recruiter</span><= /b><b><span style=3D"font-size:11.0pt;font-
family:&quot;Cambria&quot;,&quot=
;serif&quot;;color:red"><o:p></o:p></span></b></p> <p
class=3D"MsoNormal"><b><span style=3D"font-size:11.0pt;font-
family:&quot=
;Cambria&quot;,&quot;serif&quot;;color:red">e</span></b><b><span
style=3D"f= ont-size:11.0pt;font-
family:&quot;Cambria&quot;,&quot;serif&quot;;color:#17=
365D">Team</span></b><b><span style=3D"font-size:11.0pt;font-
family:&quot;C= ambria&quot;,&quot;serif&quot;;color:#1F497D">  Inc
&#8211; &#8220;ACCELERATED HIRES&#8221;<o:p></o:p></span></b></p> <p
class=3D"MsoNormal"><span style=3D"font-size:11.0pt;font-
family:&quot;Ca=
mbria&quot;,&quot;serif&quot;;color:#1F497D">Efficiency, Synergy,
Expertise=  <o:p></o:p></span></p> <p class=3D"MsoNormal"
style=3D"background:white"><b><span style=3D"font-si= ze:11.0pt;font-
family:&quot;Cambria&quot;,&quot;serif&quot;;color:#1F497D">= 732-248-
1900 X 525 (T)</span></b><span style=3D"font-size:11.0pt;font-famil=
y:&quot;Cambria&quot;,&quot;serif&quot;;color:#1F497D"><o:p></o:p></spa
n></= p> <p class=3D"MsoNormal" style=3D"background:white"><b><span
style=3D"font-si= ze:11.0pt;font-
family:&quot;Cambria&quot;,&quot;serif&quot;;color:#1F497D">= 908-757-
0800 (F)</span></b><span style=3D"font-size:11.0pt;font-family:&quo=
```

EXHIBIT B

```
t;Cambria&quot;,&quot;serif&quot;;color:#1F497D"><o:p></o:p></span></p>
<p class=3D"MsoNormal"><span style=3D"font-size:11.0pt;font-
family:&quot;Ca= mbria&quot;,&quot;serif&quot;;color:#1F497D"><a
href=3D"mailto:knagdev@etea= minc.com"><span
style=3D"color:blue">knagdev@eteaminc.com</span></a><o:p></=
o:p></span></p> <p class=3D"MsoNormal"><span style=3D"font-
size:11.0pt;font-family:&quot;Ca=
mbria&quot;,&quot;serif&quot;;color:#1F497D"><a
href=3D"http://www.eteaminc= .com"><span
style=3D"color:blue">www.eteaminc.com</span></a></span><span st=
yle=3D"font-size:11.0pt;font-family:&quot;Calibri&quot;,&quot;sans-
serif&qu= ot;;color:#1F497D"><o:p></o:p></span></p> <p
class=3D"MsoNormal"><span style=3D"font-size:11.0pt;font-
family:&quot;Ca= libri&quot;,&quot;sans-
serif&quot;;color:#1F497D"><o:p> </o:p></span><= /p> <p
class=3D"MsoNormal"><b><span style=3D"font-size:10.0pt;font-
family:&quot= ;Tahoma&quot;,&quot;sans-
serif&quot;">From:</span></b><span style=3D"font-s= ize:10.0pt;font-
family:&quot;Tahoma&quot;,&quot;sans-serif&quot;"> V Kariuk= i
[mailto:veronicamkariuki@gmail.com] <br> <b>Sent:</b> Monday, August
05, 2013 12:18 PM<br> <b>To:</b> Kumar Nagdev<br> <b>Subject:</b>
Resume<o:p></o:p></span></p> <p
class=3D"MsoNormal"><o:p> </o:p></p> <p>Sorry. Resume is attached
now.<o:p></o:p></p> <p>VKARIUKI<o:p></o:p></p> </div> </body> </html>
--_000_F50F940FE55A654185CAA4B8C135AB8129CCB728MAILeteameteam_--
```