| | |
|---|---|
| From: | Connie Ng |
| To: | Maiolo, Tina M.; Blunt, Christina M.; Williams, Teresa T.; Ondeck, Katherine C. |
| Cc: | Merritt Green; J. Andrew Baxter |
| Subject: | Veronica Kariuki"s Supplement to her Discovery Responses |
| Date: | Thursday, January 07, 2016 4:19:12 PM |
| Attachments: | 2015.01.07 Kariuki Employment Efforts.pdf |

Good afternoon Tina and Katherine,

We are supplementing Veronica Kariuki's discovery responses.

Please find attached documents reflecting efforts Veronica Kariuki has made to gain employment since August 5, 2013. Please note that these are just the jobs she applied for through Indeed.com. We will forward documents reflecting her efforts to gain employment through other websites, such as Monster.com and Craigslist.com, shortly.

Thank you.

**Connie M. Ng**
Associate Attorney
General Counsel, P.C.
6849 Old Dominion Drive, Suite 220
McLean, VA 22101
*Main*: 703-556-0411
*Fax*: 888-222-6807
*Email*: cng@gcpc.com

*"Every Business Needs a General Counsel"*

# GENERAL ⚜ COUNSEL<sup>PC</sup>

### ATTORNEYS AT LAW

CONFIDENTIALITY/PRIVILEGE: This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (703-556-0411) or by electronic mail immediately.

EXHIBIT 7