| | |
|---|---|
| **From:** | Ondeck, Katherine C. |
| **To:** | "J. Andrew Baxter" |
| **Cc:** | Maiolo, Tina M.; Blunt, Christina M.; Williams, Teresa T. |
| **Subject:** | RE: Kariuki v. eTeam - Depositions/Discovery |
| **Date:** | Monday, January 04, 2016 3:47:12 PM |

Andy,

I am following up on our request for available dates for Plaintiff's deposition. Because the discovery deadline is 1/15/2016, please let us know what dates in the next week your client is available for her deposition. If we do not hear from you by tomorrow, we will go ahead and notice her deposition for some time in the next week or so.

Also, we have not yet received the written reports of seven of Plaintiff's eight designated experts, as only Mr. Miggliozzi's report accompanied Plaintiff's expert witness disclosure. Please provide us with these reports.

Additionally, we have not received complete responses to our discovery requests—specifically, we have not yet received the following: all medical records/bills relating to any alleged injuries or conditions Plaintiff suffered as a result of the events alleged in the Complaint; all personnel and employment records related to Plaintiff's employment for the previous ten years; and all documents reflecting efforts Plaintiff has made to gain employment since August 5, 2013. Please provide us with these documents.

If we do not receive the above-referenced expert reports and requested documentation by this Wednesday 1/6, we will file a motion to compel and for sanctions.

Thank you,
Katherine

---

**From:** Ondeck, Katherine C.
**Sent:** Thursday, December 31, 2015 11:59 AM
**To:** J. Andrew Baxter
**Cc:** Maiolo, Tina M.; Blunt, Christina M.; Williams, Teresa T.
**Subject:** Kariuki v. eTeam - Depositions/Discovery

Hi Andy,

As the 1/15/2016 discovery deadline is approaching, please provide us with available dates in the next two weeks for the Plaintiff's deposition.

Also, only Mr. Miggliozzi's expert report was attached to Plaintiff's expert designation. Please forward us the other expert reports. Additionally, there remains some outstanding discovery requests—please forward us all medical records/bills relating to any alleged injuries or conditions Plaintiff suffered as a result of the events alleged in the Complaint; all personnel and employment records related to Plaintiff's employment for the previous ten years; and all documents reflecting

**EXHIBIT 1**

efforts Plaintiff has made to gain employment since August 5, 2013.

Please feel free to contact me at (202) 310-5503 if you would like to discuss further.

Happy New Year,
Katherine

_____

Katherine C. Ondeck
Carr Maloney P.C.
2020 K Street, NW
Suite 850
Washington, D.C.  20006
202-310-5503 (Direct)
202-310-5500 (Main)
202-310-5555 (Fax)
kco@carrmaloney.com
http://www.carrmaloney.com

Carr Maloney has moved to 2020 K Street, NW, Suite 850, Washington, DC  20006.  Please update your records with our new address.

**CARR MALONEY** pc
**Offices in Washington, DC | Maryland | Virginia**

This message is intended for the individual(s) or entity(ies) named in the header that appears either at the beginning or at the conclusion of all material in this message (depending on your e-mail software). This message may contain material that is privileged or confidential. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also please notify the sender by replying to this message, and then delete it from your system. Thank you.