IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

VERONICA KARIUKI,

    Plaintiff,

v.

ETEAM, INC.,

    Defendant.

Case No. 1:15-cv-00934-TSE-JFA

## JOINT NOTICE OF SETTLEMENT

Plaintiff Veronica Kariuki ("Plaintiff") and Defendant eTeam, Inc. ("Defendant"), by and through counsel, (collectively the "Parties") file this Joint Notice of Settlement, and inform the Court as follows:

1. Plaintiff Veronica Kariuki has reached an agreement with Defendant Eteam, Inc. to resolve the claims against Defendant.

2. The Parties are in the process of finalizing a confidential settlement agreement and will be filing a Stipulation of Dismissal with the Court shortly.

3. Accordingly, Defendant will not be filing an opposition to Plaintiff's Motion to Compel, and Plaintiff will not be filing oppositions to Defendant's Motion to Compel and Motion to Strike, all of which are scheduled to be heard by this Court on January 15, 2016 at 10:00 a.m.

4. Accordingly, Plaintiff and Defendant jointly request that all pending motions in this matter be removed from the Court's docket.

Respectfully Submitted,

| FOR DEFENDANT: | FOR PLAINTIFF: |
|---|---|
| /s/     Tina M. Maiolo | /s/    J. Andrew Baxter |
| Tina M. Maiolo (VSB # 40512) | J. Andrew Baxter (VSB # 78275) |
| Carr Maloney P.C. | Merritt J. Green (VSB # 50995) |
| 2000 L Street, NW | Connie M. Ng (VSB # 85910) |
| Suite 450 | General Counsel, P.C. |
| Washington, DC 20036 | 6849 Old Dominion Drive |
| (202) 310-5500 (Telephone) | Suite 220 |
| (202) 310-5555 (Facsimile) | McLean, Virginia 22101 |
| tm@carrmaloney.com | (703) 556-0411 (Telephone) |
| *Counsel for Defendant eTeam, Inc.* | 1-888-222-6807 (Facsimile) |
| | abaxter@gcpc.com |
| | mgreen@gcpc.com |
| | cng@gcpc.com |
| | *Counsel for Plaintiff Veronica Kariuki* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was electronically filed this 13th day of January, 2016 and served electronically upon counsel of record for all parties in this matter:

/s/ J. Andrew Baxter
J. Andrew Baxter (VSB # 78275)